UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INTERACTIVE INTELLIGENCE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO.  1:05-cv-1518-LJM-WTL |
| ) | |
| KEYCORP, et al., ) | |
| ) | |
| Defendants. ) | |

### ENTRY ON MOTION TO RECONSIDER

This cause is before the Magistrate Judge on the Plaintiff's motion to reconsider that portion of the ruling on the Plaintiff's Second Motion to Compel that denied the Plaintiff's request that Defendant KeyBank National Association ("KeyBank") be required to provide the Plaintiff with a spreadsheet containing excerpts of its FX database.  Because the previous ruling was based upon a misunderstanding of the facts–albeit one that could have been addressed in the Plaintiff's reply brief but was not–the motion to reconsider is well-taken and therefore is **GRANTED**.

In its Second Motion to Compel, the Plaintiff sought "an electronic copy (e.g. spreadsheet) of excerpts of KeyBank's FX Database that has the transactions relating to Interactive, including KeyBank's 'wholesale rate.'" The Plaintiff supported its request with an affidavit that asserted that it would be a simple matter for KeyBank create such a spreadsheet using its database, something which KeyBank did not dispute.  However, based upon the representation in KeyBank's response brief that it already had produced the information in electronic form, the Magistrate Judge ruled that KeyBank was not required to create and produce a spreadsheet, since it did not maintain the information in that format in the ordinary course of

its business and therefore did not "possess" one.

Inexplicably, in its reply brief the Plaintiff did not address KeyBank's assertion that it already had produced the requested information in electronic form, but rather argued only that KeyBank should be required to produce the requested spreadsheet because it would not be burdensome to do so. The Plaintiff now explains that the "electronic format" in which KeyBank has supplied the information is non-searchable .pdf files which are essentially no more useful than printed copies. Given this fact, and the undisputed ease with each KeyBank could create the spreadsheet requested by the Plaintiff, the Magistrate Judge determines that the Plaintiff's request is a reasonable one. This ruling is consistent with the recently amended Federal Rule of Civil Procedure 34(b), which allows a requesting party to specify the "form or forms in which electronically stored information is to be produced."

The motion to reconsider is **GRANTED**. Within 15 days of the date of this Entry, KeyBank shall produce the spreadsheet requested by the Plaintiff.

SO ORDERED:  06/01/2007

*William T Lawrence*

Hon. William T. Lawrence, Magistrate Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification